**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ALEX COLEMAN                                                                                              PLAINTIFF

V.                                              4:15CV00354 JM

JON CROWDER, Officer,
North Little Rock Police Department, et al.                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, the complaint is dismissed without prejudice. This case is closed, and it is certified that an *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3),

IT IS SO ORDERED this 27th day of August, 2015.

_____
James M. Moody Jr.
United States District Judge